IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY A. SMITH,

                                                  JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                        12-cv-96-wmc

v.

SHERIFF ROBERT SPODEN and
KAREN BUTLER,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying plaintiff leave to proceed and dismissing his claims against Sheriff Robert Spoden; and

    (2) granting Karen Butler's motion for summary judgment and dismissing this case.

| /s/ | 11/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |